**2**

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Facsimile:  (916) 329-4900
Email: malevinson@orrick.com
      clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN DENATALE GOLDNER
  COOPER ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
      lholder@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 17-13797-9-B |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, | Chapter   9 |
| | DC No.:   N/A |
| Debtor. | ADV. PROC. NO.: 17-01095-B |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, | **HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S STATEMENT OF NON-CONSENT REGARDING REMOVED ACTION [BANKRUPTCY RULE 9027(e)(3)]** |
| Plaintiff, | |
| v. | |
| TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, and DOES 1 through 20 | |
| Defendant. | |
| AND RELATED COUNTER-CLAIM | |

HCCA      1      STATEMENT OF NON-CONSENT

1     HealthCare Conglomerate Associates, LLC ("HCCA"), in accordance with Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure, provides notice to the Court and all interested parties that HCCA does not consent to the entry of final orders or judgment by the bankruptcy court.

Date: 1/10/18

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL LLP and
ORRICK HERRINGTON & SUTCLIFFE LLP

*/s/ Hagop T. Bedoyan*

HAGOP T. BEDOYAN, ESQ.,
Attorneys for HealthCare Conglomerate Associates, LLC