MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
      clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
E-mail: hbedoyan@kleinlaw.com
      lholder@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT<br>dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br>_____<br><br>HEALTHCARE CONGLOMERATE<br>ASSOCIATES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT<br>dba TULARE REGIONAL MEDICAL CENTER,<br>and DOES 1 through 20,<br><br>    Defendant.<br><br>AND RELATED COUNTER-CLAIM | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>ADV. PROC. NO.: 17-01095-B<br><br>DC No.: OHS-1<br><br>**HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S MOTION FOR REMAND OF LAWSUIT TO STATE COURT PURSUANT TO 28 U.S.C. § 1452(b)**<br><br>Date:    February 28, 2018<br>Time:    1:30 p.m.<br>Dept:    Courtroom 13<br>Judge:   Hon. René Lastreto II |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE THAT** on February 28, 2018, at 1:30 p.m., or as soon |
| 2 | thereafter as the matter may be heard, before the Honorable René Lastreto II of the above-entitled |
| 3 | Court located at 2500 Tulare Street, Fresno, California 93721, HealthCare Conglomerate |
| 4 | Associates, Inc., plaintiff in a lawsuit filed in Los Angeles Superior Court that was improperly |
| 5 | removed to this Court, will and hereby does move the Court pursuant to 28 U.S.C. § 1452(b) for |
| 6 | an order remanding this action back to the Los Angeles Superior Court on the grounds that |
| 7 | removal to this judicial district is not authorized under 28 U.S.C. § 1452(a) because this is not the |
| 8 | federal judicial district in which the state court action was pending and upon the further ground |
| 9 | that the removal violates the parties' contractual choice of forum and, alternatively, that the |
| 10 | lawsuit should be remanded on equitable grounds. |

The Motion is based upon this Motion, the memorandum of points and authorities in support hereof and filed herewith, all papers and pleadings on file in this case and this adversary proceeding, and upon such other evidence and argument as the Court may consider at or before the hearing on this Motion.

Dated: January 24, 2018

MARC A. LEVINSON
CYNTHIA J. LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

HAGOP T. BEDOYAN
LISA HOLDER
KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL LLP

By  */s/ Marc A. Levinson*
　　Marc A. Levinson
　　Attorneys for Plaintiff
　HealthCare Conglomerate Associates, LLC

C:\NRPortbl\USA\WAP\767950079_1.docx