MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
      clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
E-mail: hbedoyan@kleinlaw.com
      lholder@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, and DOES 1 through 20,<br><br>    Defendant.<br><br>AND RELATED COUNTER-CLAIM | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>ADV. PROC. NO.: 17-01095-B<br><br>DC No.: OHS-2<br><br>**HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S MOTION TO DISMISS COUNTERCLAIM AGAINST HCCA OR IN THE ALTERNATIVE TO STRIKE PORTIONS THEREOF**<br><br>Date:    March 12, 2018<br>Time:   10:30 a.m.<br>Dept:   Courtroom 13<br>Judge:  Hon. René Lastreto II |

**PLEASE TAKE NOTICE THAT** on March 12, 2018, at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable René Lastreto II of the above-entitled Court located at 2500 Tulare Street, Fresno, California 93721, HealthCare Conglomerate Associates, Inc., will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(b) and Federal Rule of Bankruptcy Procedure 7012(b) for an order dismissing the Counterclaim Against HCCA filed by Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Counterclaim" filed by "TRMC") on the grounds that the Court lacks subject matter jurisdiction over the matter and that the Court is an improper venue for this litigation. Fed. R. Civ. P. 12(b)(1), (3). HCCA also moves to individually dismiss the third, fourth, fifth, sixth, seventh, eighth, and eleventh causes of action in the Counterclaim for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Finally, HCCA moves to strike certain portions of the Counterclaim that are insufficiently pleaded, impertinent, immaterial, and scandalous, including:

- Page 2, line 28 through page 3, line 21 (paragraph 2);
- Page 6, approximately lines 19 through 21 (paragraph 11);
- Page 6, approximately line 23 through Page 7, line 2 (paragraph 12);
- Page 8, lines 4 through 8 (last sentence of paragraph 15);
- Page 8, line 27 through page 9, line 1 (last sentence of paragraph 17);
- Page 9, lines 8 through 11 (last sentence of paragraph 18);
- Page 9, lines 18-20 (last non-citation sentence of paragraph 19); and
- Page 10, lines 2 through 6 (last two sentences of paragraph 21).
- Page 12, line 25 through page 13, line 5 (portion of paragraph 35);
- Page 14, line 23 through page 15, line 6 (paragraph 50);
- Page 15, line 24 through page 16, line 4 (paragraph 58);
- Page 17, lines 16 through 24 (paragraph 70);
- Page 18, lines 14 through 18 (last two sentences of paragraph 77); and
- Page 20, lines 19 through 21 (paragraph 87d).

1 | The Motion is based upon this Motion, the memorandum of points and authorities in support hereof and filed herewith, all papers and pleadings on file in this case and this adversary proceeding, and upon such other evidence and argument as the Court may consider at or before the hearing on this Motion.

Dated: January 29, 2018

MARC A. LEVINSON
CYNTHIA J. LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

HAGOP T. BEDOYAN
LISA HOLDER
KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: ___/s/ *Marc A. Levinson*___
Marc A. Levinson
Attorneys for Plaintiff
HealthCare Conglomerate Associates, LLC

OHSUSA 767957216.1