MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
       clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (559) 432-1847
E-mail: hbedoyan@kleinlaw.com
        lholder@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor. | Case No.: 17-13797-9-B<br><br>Chapter 9<br><br>ADV. PROC. NO.: 17-01095-B<br><br>DC No.: OHS-3 |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER, and DOES 1 through 20,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM | **HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S MOTION TO STRIKE PORTIONS OF ANSWER OF TULARE LOCAL HEALTHCARE DISTRICT DBA TULARE REGIONAL MEDICAL CENTER**<br><br>Date:  March 12, 2018<br>Time:  10:30 a.m.<br>Dept:  Courtroom 13<br>Judge: Hon. René Lastreto II |

**PLEASE TAKE NOTICE THAT** on March 12, 2018, at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable René Lastreto II of the above-entitled Court located at 2500 Tulare Street, Fresno, California 93721, HealthCare Conglomerate Associates, Inc., will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(f) and Federal Rule of Bankruptcy Procedure 7012(b) for an order striking portions of the Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center (the "Answer" filed by "TRMC") that are redundant, immaterial, impertinent, scandalous and raise insufficient affirmative defenses. The Answer fails to allege any factual basis for a number of the affirmative defenses it asserts, and several other "affirmative defenses" raised by TRMC are not, in fact, affirmative defenses at all. Plaintiff therefore respectfully requests an order striking the following portions of the Answer (encompassing affirmative defenses numbered 1, 3-17):

- Page 7, lines 11-14; and
- Page 7, line 20 through Page 10, line 17.

The Motion is based upon this Motion, the memorandum of points and authorities in support hereof and filed herewith, all papers and pleadings on file in this case and this adversary proceeding, and upon such other evidence and argument as the Court may consider at or before the hearing on this Motion.

Dated: January 29, 2018

MARC A. LEVINSON
CYNTHIA J. LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

HAGOP T. BEDOYAN
LISA HOLDER
KLEIN, DENATALE, GOLDNER, COOPER,
ROSENLIEB & KIMBALL LLP

By _____ */s/ Marc A. Levinson* _____
Marc A. Levinson
Attorneys for Plaintiff
HealthCare Conglomerate Associates, LLC

OHSUSA 767957223.1