UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

---

**Case Title:** Tulare Local Healthcare District
**Adversary Title:** Healthcare Conglomerate Associates, LLC v. Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9
**Adv No.:** 17-01095

**Docket Control No.**
**Date:** 01/31/2018
**Time:** 1:30 PM

**Matter:** Status Conference Re: Notice of Removal - [1] - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Healthcare Conglomerate Associates, LLC against Tulare Local Healthcare District. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6193375) (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

### CIVIL MINUTES

STATUS CONFERENCE NOW TO BE HELD ON 2/28/2018 at 1:30 PM at Fresno Courtroom 13, Department B

The court will issue an order.

The motion was continued to be heard in conjunction with plaintiff's Motion for Remand set for hearing on February 28, 2018.