```
 1  | 3
    | WALTER WILHELM LAW GROUP
 2  | A Professional Corporation
    | Riley C. Walter #91839
 3  | Kathleen D. DeVaney
    | Danielle J. Bethel #315945
 4  | 205 East River Park Circle, Ste. 410
    | Fresno, CA 93720
 5  | Telephone:   (559) 435-9800
    | Facsimile:   (559) 435-9868
 6  | E-mail:      rileywalter@w2lg.com
 7  | Chapter 9 Counsel
```

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>――――――――――――――――<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO. 17-13797<br><br>Chapter 9<br><br><br><br>Adv. No.: 17-01095<br><br>DC NO.: OHS-1<br><br>**STIPULATION TO CONTINUE HEARINGS AND RESPONSE DATES ON MOTION FOR REMAND OF LAWSUIT TO STATE COURT PURSUANT TO 28 U.S.C. § 1452(b); MOTION TO DISMISS COUNTERCLAIM AGAINST HCCA OR IN THE ALTERNATIVE STRIKE PORTIONS THEREOF; MOTION TO DISMISS COUNTERCLAIM AGAINST HCCA OR IN THE ALTERNATIVE STRIKE PORTIONS THEREOF AND ORDER THEREON** |

///

///

RECEIVED
February 16, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006223420

IT IS HEREBY STIPULATED AND AGREED by and between Healthcare Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as follows.

1. On December 28, 2017 Tulare Local Healthcare District removed to this court an action ("Removed Action") that had been filed in the Superior Court for the County of Los Angeles.

2. On January 24, 2018 Healthcare Conglomerate Associates, LLC filed a Motion for Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b), D.C. No. OHS-1, which is set for hearing on February 28, 2018 at 1:30 p.m.

3. On January 29, 2018 Healthcare Conglomerate Associates, LLC filed a Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions Thereof, D.C. No. OHS-2, and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center, D.C. No. OHS-3, which are each set for hearing on March 12, 2018 at 10:30 a.m.

4. The parties have discussed these matters and agree as follows:

    a. The hearing on the Motion to Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b) will be continued to March 12, 2018 at 10:30 a.m. Tulare Local Healthcare District's response to such Motion shall be due on February 28, 2018 and the reply of Healthcare Conglomerate Associates, LLC shall be due March 5, 2018.

    b. The hearings on the Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions Thereof and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center will be continued to the Court's Bakersfield calendar on April 5, 2018 at 11:00 a.m., the response of Tulare Local Healthcare District shall be due March 22, 2018 and any reply shall be due on March 29, 2018.

///

///

Stipulation to Continue Hearings and Response Dates

-2-

00171423-gaa-02.15.2018

5. The parties stipulate and agree to entry of a court order approving this stipulation.

IT IS SO STIPULATED.

KLEIN, DeNATALE, GOLDNER, ROSENLIEB & KIMBALL LLP; and

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
   Marc A. Levinson, Attorneys for
   Healthcare Conglomerate Associates, LLC

WALTER WILHELM LAW GROUP

By: _____
   Riley C. Walter, Attorneys for
   Tulare Local Healthcare District

Dated: Feb 20, 2018

By the Court

_____
René Lastreto II, Judge
United States Bankruptcy Court

Stipulation to Continue Hearings and Response Dates     -3-     00171423-gaa-02.15 2018