```
3
```
WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:　(559) 435-9800
Facsimile:　(559) 435-9868
E-mail:　　rileywalter@w2lg.com

Chapter 9 Counsel

MCCORMICK BARSTOW, LLP
Benjamin T. Nicholson #239893
Todd A. Wynkoop #308845
7647 N. Fresno Street
Fresno, CA 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300
E-mail:　　ben.nicholson@mccormickbarstow.com

District Counsel

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO. 17-13797<br><br>Chapter 9<br><br>Adv. No.: 17-01095<br><br>**DEFENDANT TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER SECOND ADVERSARY PROCEEDING STATUS CONFERENCE STATEMENT**<br><br>Date: February 28, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　Courtroom 13<br>Judge: Honorable René Lastreto II |

SECOND ADVERSARY PROCEDING　　- 1 -　　M:\S-U\TRMC\PLEADINGS\Adversary
STATUS CONFERENCE STATEMENT　　　　　　Proceedings\HCCA v. TRMC\status
　　　　　　　　　　　　　　　　　　　　report.022018.gaa.docx

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE: TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER ("TRMC"), defendant herein, respectfully submits this Second Adversary Proceeding Status Conference Statement as follows:

1. This matter was originated by the filing of a Complaint for Breach of Contract and Declaratory Relief by Healthcare Conglomerate Associates, LLC ("HCCA") against TRMC on September 15, 2017 in the Los Angeles County Superior Court ("Underlying Litigation").

2. Following TRMC's bankruptcy filing on September 30, 2018, the Underlying Litigation was stayed and subsequently removed by TRMC to the Bankruptcy Court resulting in this Adversary Proceeding.

3. On January 4, 2018, TRMC filed its Answer to the removed Complaint.

4. On January 4, 2018, TRMC filed its Counterclaim against HCCA thereby asserting the following claims against HCCA: (1) Breach of Contract; (2) Accounting; (3) Fraud; (4) Negligent Misrepresentation; (5) Concealment; (6) Conversion; (7) Breach of Fiduciary Duty; (8) California False Claims Act; (9) Cancellation of Deed of Trust; (10) Declaratory Relief; and (11) Equitable Subordination and Punitive Damages

5. On January 10, 2018, HCCA notified the Court that it does not consent to entry of final orders or judgment by the bankruptcy court.

6. On January 24, 2018 HCCA filed a Motion for Remand of Lawsuit to State Court Pursuant to 28 U.S.C. § 1452(b).

7. On January 29, 2018 HCCA filed a Motion to Dismiss Counterclaim Against HCCA Or In The Alternative Strike Portions Thereof and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center.

8. On February 9, 2018 the parties participated in an all-day mediation with the Honorable Dickran Tevrizian.

9. On February 16, 2018 the parties stipulated to continue the hearings and all deadlines regarding the Motion for Remand of Lawsuit to State Court Pursuant to 28 U.S.C. § 1452(b), the Motion to Dismiss Counterclaim Against HCCA Or In The Alternative Strike Portions Thereof and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center. Stipulations and Orders were submitted to the Court on February 16, 2018. The parties are awaiting entry of the Orders.

10. It is respectfully requested that the status conference in this adversary proceeding be continued to a date approximately 60 days out in order for the parties to move past the continued hearings regarding the motions mentioned above.

Dated: February 21, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

*/s/ Riley C. Walter*
Riley C. Walter, Attorneys for Debtor
Tulare Local Healthcare District, dba
Tulare Regional Medical Center