

3

1  WALTER WILHELM LAW GROUP
   A Professional Corporation
2  Riley C. Walter #91839
   Kathleen D. DeVaney
3  Danielle J. Bethel #315945
   205 East River Park Circle, Ste. 410
4  Fresno, CA 93720
   Telephone:  (559) 435-9800
5  Facsimile:  (559) 435-9868
   E-mail:  rileywalter@w2lg.com
6
7  Chapter 9 Counsel

8            IN THE UNITED STATES BANKRUPTCY COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11  In re                              CASE NO.  17-13797

12  TULARE LOCAL HEALTHCARE            Chapter 9
    DISTRICT, dba TULARE REGIONAL
13  MEDICAL CENTER,

14      Debtor.

15  _____

16  HEALTHCARE CONGLOMERATE           Adv. No.: 17-01095
    ASSOCIATES, LLC,
17                                     DC NO.:  OHS-1

18          Plaintiff,                 **STIPULATION TO CONTINUE HEARING
    v.                                 AND RESPONSE DATE ON MOTION
19                                     FOR REMAND OF LAWSUIT TO STATE
    TULARE LOCAL HEALTHCARE            COURT PURSUANT TO 28 U.S.C. §
20  DISTRICT, dba TULARE REGIONAL      1452(b)**
    MEDICAL CENTER; DOES 1 through
21  20,
                                       Date:   March 12, 2018
22          Defendants.                Time:   10:30 a.m.
                                       Place:  2500 Tulare Street
23                                             Fresno, CA  93721
                                               Courtroom 13
24                                     Judge:  Honorable René Lastreto II

25

26

27

28  ///

RECEIVED
February 27, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006228972

Hearing and Response Date re Motion
o State Court                        -1-

00172030-gaa-02.26.2018

1        IT IS HEREBY STIPULATED AND AGREED by and between Healthcare

2 Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as

3 follows.

4        1.       On December 28, 2017 Tulare Local Healthcare District removed to this

5 court an action ("Removed Action") that had been filed in the Superior Court for the

6 County of Los Angeles.

7        2.       On January 24, 2018 Healthcare Conglomerate Associates, LLC filed a

8 Motion for Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b), D.C. No.

9 OHS-1, which is presently set for hearing on March 12, 2018 at 10:30 a.m.

10        3.       On January 29, 2018 Healthcare Conglomerate Associates, LLC  filed a

11 Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions

12 Thereof, D.C. No. OHS-2, and Motion to Strike Portions of Answer of Tulare Local

13 Healthcare District dba Tulare Regional Medical Center, D.C. No. OHS-3, which are

14 now each set for hearing on April 5, 2018 at 11:00 a.m.

15        4.       The parties have discussed these matters and agree that the hearing on

16 the Motion to Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b) will be

17 continued to April 5, 2018 at 11:00 a.m.  Tulare Local Healthcare District's response to

18 such Motion shall be due on March 22, 2018 and the reply of Healthcare Conglomerate

19 Associates, LLC shall be due March 29, 2018.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

---

Stipulation to Continue Hearing and Response Date re Motion
for Remand of Lawsuit to State Court      -2-               00172030-gaa-02.26.2018

1         5.     The parties stipulate and agree to entry of a court order approving this

2    stipulation.

3

4    IT IS SO STIPULATED.

5    KLEIN, DeNATALE, GOLDNER, ROSENLIEB
     & KIMBALL LLP;  and

6

7    ORRICK, HERRINGTON & SUTCLIFFE LLP

8    By: _____

9    Marc A. Levinson, Attorneys for
     Healthcare Conglomerate Associates, LLC

10

11   WALTER WILHELM LAW GROUP

12

13   By: _____

14   Riley C. Walter, Attorneys for
     Tulare Local Healthcare District

15

16

17

18

19

20

21

22

23

24

     Dated: Feb 27, 2018                          By the Court

25

26

27
                                                  René Lastreto II, Judge
28                                                United States Bankruptcy Court

---

Stipulation to Continue Hearing and Response Date re Motion
for Remand of Lawsuit to State Court            -3-

                                                  00172030-gaa-02.26.2018