**UNITED STATES BANKRUPTCY COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
                              **CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District  
**Adversary Title:** Healthcare Conglomerate Associates, LLC v. Tulare Local Healthcare District  

**Case No.:** 17-13797 - B - 9  
**Adv No.:** 17-01095  

**Docket Control No.** OHS-2  
**Date:** 03/12/2018  
**Time:** 10:30 AM  

**Matter:** [21] - Motion/Application to Dismiss Counterclaim [OHS-2] Filed by Counter-Defendant HealthCare Conglomerate Associates, LLC (svim) [21] - Motion/Application to Strike Portions Re: [OHS-2] [9] Counterclaim Filed by Counter-Defendant HealthCare Conglomerate Associates, LLC (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

                              **CIVIL MINUTES**

HEARING TO BE HELD ON 4/5/2018 at 11:00 AM at Bakersfield Courthouse


The motion to dismiss counterclaim and/or motion to strike was continued to April 5, 2018, at 11:00 a.m. by stipulation and order dated February 20, 2018, court's docket number 34.