# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

**Case Title:** Tulare Local Healthcare District
**Adversary Title:** Healthcare Conglomerate Associates, LLC v. Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9
**Adv No.:** 17-01095

**Docket Control No.** OHS-3
**Date:** 03/12/2018
**Time:** 10:30 AM

**Matter:** [26] - Motion/Application to Strike Portions Re: [OHS-3] [8] Answer to Complaint Filed by Plaintiff Healthcare Conglomerate Associates, LLC (svim)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

HEARING TO BE HELD ON 4/5/2018 at 11:00 AM at Bakersfield Courtroom

The motion to strike was continued to April 5, 2018, at 11:00 a.m. by stipulation and order dated February 20, 2018, court's docket number 35.