3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:      rileywalter@w2lg.com

Chapter 9 Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE REGIONAL
MEDICAL CENTER,

Debtor.

_____

HEALTHCARE CONGLOMERATE
ASSOCIATES, LLC,

Plaintiff,

v.

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE REGIONAL
MEDICAL CENTER; DOES 1 through
20,

Defendants.

CASE NO.  17-13797

Chapter 9

Adv. No.: 17-01095

DC NO.:  OHS-1

**STIPULATION TO CONTINUE HEARING AND RESPONSE DATE ON MOTION FOR REMAND OF LAWSUIT TO STATE COURT PURSUANT TO 28 U.S.C. § 1452(b); AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED by and between Healthcare

Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as

follows.

RECEIVED
March 21, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006244584

e Hearing and Response Date re Motion
t to State Court and Order Thereon          -1-

00174319-gaa-03.21.2018

1.     On December 28, 2017 Tulare Local Healthcare District removed to this court an action ("Removed Action") that had been filed in the Superior Court for the County of Los Angeles.

2.     On January 24, 2018 Healthcare Conglomerate Associates, LLC filed a Motion for Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b), D.C. No. OHS-1, which is presently set for hearing on March 12, 2018 at 10:30 a.m.

3.     On January 29, 2018 Healthcare Conglomerate Associates, LLC  filed a Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions Thereof, D.C. No. OHS-2, and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center, D.C. No. OHS-3, which are now each set for hearing on April 5, 2018 at 11:00 a.m.

4.     The parties have discussed these matters and agree that the hearing on the Motion to Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b) will be continued to April 12, 2018 at 9:30 a.m. in Fresno  Tulare Local Healthcare District's response to such Motion shall be due on March 29, 2018 and the reply of Healthcare Conglomerate Associates, LLC shall be due April 5, 2018.

///

///

///

///

///

///

///

///

///

///

///

///

5.   The parties stipulate and agree to entry of a court order approving this stipulation.

IT IS SO STIPULATED.

KLEIN, DeNATALE, GOLDNER, ROSENLIEB & KIMBALL LLP;  and

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Hagop T. Bedoyan,
Marc A. Levinson, Attorneys for
Healthcare Conglomerate Associates, LLC


WALTER WILHELM LAW GROUP

By: _____
Riley C. Walter, Attorneys for
Tulare Local Healthcare District


Dated: Mar 22, 2018                    By the Court

_____
René Lastreto II, Judge
United States Bankruptcy Court