1  WALTER WILHELM LAW GROUP
   A Professional Corporation
2  Riley C. Walter #91839
   Kathleen D. DeVaney #156444
3  Danielle J. Bethel #315945
   205 East River Park Circle, Ste. 410
4  Fresno, CA 93720
   Telephone: (559) 435-9800
5  Facsimile:  (559) 435-9868
   E-mail:  *rileywalter@w2lg.com*
6  *Attorneys for Chapter 9 Counsel*

7  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
8  Todd A. Wynkoop, #308845
     *todd.wynkoop@mccormickbarstow.com*
9  Ben T. Nicholson, #239893
     *ben.nicholson@mccormickbarstow.com*
10 Shane G. Smith, #272630
     *shane.smith@mccormickbarstow.com*
11 Vanessa M. Cohn, #314619
     *vanessa.cohn@mccormickbarstow.com*
12 7647 North Fresno Street
   Fresno, California 93720
13 Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
14 *Attorneys for District Counsel*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Debtor.<br><br>Tax ID #　　94-6002897<br>Address:　　869 N. Cherry Street<br>　　　　　　Tulare, CA 93274 | Case No. 17-13797 (Chapter 9)<br><br>Adv. Proc. No.: 17-01095-B<br><br>DC No.: OHS-3 |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT dba TULARE REGIONAL MEDICAL CENTER,<br><br>　　　　Defendant. | **DECLARATION OF SHANE G. SMITH IN SUPPORT OF TULARE LOCAL HEALTHCARE DISTRICT DBA TULARE REGIONAL MEDICAL CENTER'S OPPOSITION TO HEALTHCARE CONGLOMERATE ASSOCIATES, LLC'S MOTION TO STRIKE PORTIONS OF ANSWER [ECF 26]**<br><br>Date:　April 12, 2018<br>Time:　11:30 a.m.<br>Dept:　Courtroom 13<br>Judge:　Hon. Rene' Lastreto II |

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

SMITH DECLARATION ISO DEFT. TRMC'S OPPN. MOTION TO STRIKE ANSWER

I, Shane G. Smith, do hereby declare and state:

1. Your Declarant is a member of the law firm McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, attorneys of record herein for Defendant Tulare Local Healthcare District ("TLHD") dba Tulare Regional Medical Center ("TRMC"). As such I am a duly licensed and practicing attorney before all courts in the State of California and before this Court. I make this declaration of my personal knowledge and, if called to testify, could and would testify competently to the matters set forth herein.

2. Your Declarant makes this declaration in support of *Tulare Local Healthcare District dba Tulare Regional Medical Center's Opposition to Healthcare Conglomerate Associates, LLC's Motion to Strike Portions of Answer [ECF 26]* filed concurrently herewith.

3. The exhibits attached hereto are the subject of TRMC's *Tulare Local Healthcare District dba Tulare Regional Medical Center's Request for Judicial Notice in Support of Its Opposition to Healthcare Conglomerate Associates, LLC's Motion to Strike Portions of Answer [ECF 26]* filed concurrently herewith.

4. A true and correct copy of <u>Order on Plaintiff's F.R.Civ.P. 12(f) Motion to Strike Affirmative Defenses</u>, filed at ECF 29 in *Burton v. Nationstar Mortgage, LLC*, No. 1:13-cv-00307-LJO-JLT (E.D. Cal. Sept. 3, 2013), is submitted hereto as Exhibit A.

5. A true and correct copy of <u>Answer to the First Amended Complaint of Defendants-Intervenors Westlands Water District, San Luis Water District, and Panoche Water District</u>, filed at ECF 59 in *Pacific Coast Federation of Fisherman's Assoc. v. U.S. Dept. of the Interior*, No. 1:12-cv-01303-LJO-MJS (E.D. Cal.) on April 19, 2013, is submitted hereto as Exhibit B.

6. A true and correct copy of <u>Noll Manufacturing Co., N&NW Manufacturing Holding Co., Inc., and the Employee Ownership Holding Company, Inc.'s Answer to Plaintiffs' Amended Complaint</u>, filed at ECF 245 in *Johnson v. Couturier, Jr.*, No. 2:05-cv-02046-RRB-KJN (E.D. Cal.) on November 16, 2007, is submitted hereto as Exhibit C.

///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2

SMITH DECLARATION ISO DEFT. TRMC'S OPPN. MOTION TO STRIKE ANSWER

Respectfully submitted on this 29th day of March, 2018, at Fresno, California.

*/s/ Shane G. Smith*
Shane G. Smith

36894-00000 5057845.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
SMITH DECLARATION ISO DEFT. TRMC'S OPPN. MOTION TO STRIKE ANSWER