**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Tulare Local Healthcare District
**Adversary Title:** Healthcare Conglomerate Associates, LLC v. Tulare Local Healthcare District

**Case No.:** 17-13797 - B - 9
**Adv No.:** 17-01095

**Docket Control No.**
**Date:** 04/25/2018
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Notice of Removal - [1] - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Healthcare Conglomerate Associates, LLC against Tulare Local Healthcare District. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6193375) (svim)

**Judge: René Lastreto II**
**Courtroom Deputy: Debbie Chavez**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 6/27/2018 at 1:30 PM at Fresno Courtroom 13, Department B


Continued to June 27, 2018 at 1:30 p.m. as requested in the status report filed by defendant counter-claimant.

The court will issue an order.