**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Tulare Local Healthcare District,<br>                Debtor. | ) Case No.: 17-13797 - B - 9<br>) Adv No.: 17-01095<br>)<br>) Docket Control No.:<br>) Document No.: 1<br>) |
| Healthcare Conglomerate Associates, LLC,<br>                Plaintiff,<br>              v.<br>Tulare Local Healthcare District,<br>                Defendant. | ) Date: 04/25/2018<br>)<br>)<br>)<br>) Time: 1:30 PM<br>)<br>) DEPT: B<br>)<br>) |

**Order**

At the request of the parties,

IT IS ORDERED that the status conference is CONTINUED to June 27, 2018 at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

**Dated:** Apr 26, 2018

**By the Court**

*/s/ René Lastreto II*
**René Lastreto II, Judge**
**United States Bankruptcy Court**

Continued Status Conference Re: Notice of Removal - [1] - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Healthcare Conglomerate Associates, LLC against Tulare Local Healthcare District. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6193375) (svim)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Benjamin T. Nicholson
7647 N Fresno St
Fresno CA 93720

Cynthia J. Larsen
400 Capitol Mall #3000
Sacramento CA 95814-4497

Danielle J. Bethel
205 E River Park Circle #410
Fresno CA 93720

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704

Marc A. Levinson
400 Capitol Mall #3000
Sacramento CA 95814-4407

Nikole E. Cunningham
7647 N Fresno St
Fresno CA 93720

Riley C. Walter
205 E. River Park Circle, Ste. 410
Fresno CA 93720