WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>    Debtor. | CASE NO. 17-13797<br><br>Chapter 9 |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC,<br><br>    Plaintiff,<br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 20,<br><br>    Defendants. | Adv. No.: 17-01095<br><br>DC NO.: OHS-1<br><br>**HEARING AGENDA AND REPORT**<br><br>Date: June 27, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 13<br>Judge: Honorable René Lastreto II |

TO THE HONORABLE RENÉ LASTRETO, II, UNITED STATES BANKRUPTCY JUDGE:

    Tulare Local Healthcare District respectfully comes before the Court to give a report as to the hearings currently scheduled for June 27, 2018 at 1:30 p.m. so that the Court and other parties need not engage in unnecessary preparations:

There are numerous hearings and each one is discussed below.

<u>Specialty Laboratories, Inc. v. Tulare Local Healthcare District</u>, Adversary Proceeding No. 18-1014.  This hearing involves an Adversary Proceeding Status Conference on a matter that has been removed from the State Court.  Tulare Local Healthcare District understands that Healthcare Conglomerate Associates has or intends to file an amended counter claim.  At the hearing Tulare Local Healthcare District will request that this matter be continued to August 15, 2018 at 1:30 p.m. with a status report to be filed at least 7 days prior.

<u>Tulare Local Healthcare District v. Lavers</u>, Adversary Proceeding No. 18-1022.  This is the first Adversary Proceeding Status Conference on this adversary proceeding seeking to quiet title.  There is a companion Motion to Allow Service by Publication, Docket Control No. WW-1.  In this matter the Defendant is deceased.  At the hearing counsel will seek instructions from the Court on service by publication.  Counsel will request that this adversary proceeding status conference be continued to August 15, 2018 at 1:30 p.m. with the status report to be filed at least 7 days prior.

<u>Tulare Local Healthcare District v. Johnson</u>, Adversary Proceeding No. 18-1020.  This is the first Adversary Proceeding Status Conference on this adversary proceeding seeking to quiet title.  There is a companion Motion to Allow Service by Publication, Docket Control No. WW-1.  In this matter the Defendant is also deceased.  At the hearing counsel will seek instructions from the Court on service by publication.  Counsel will request that this adversary proceeding status conference be continued to August 15, 2018 at 1:30 p.m. with the status report to be filed at least 7 days prior.

<u>Tulare Local Healthcare District v. Bravin</u>, Adversary Proceeding No. 18-1021.  This is the first Adversary Proceeding Status Conference on this adversary proceeding seeking to quiet title.  This matter is in the process of being resolved by an agreement to record a full reconveyance.  Counsel will request that this adversary proceeding status conference be continued to August 15, 2018 at 1:30 p.m. with the status report to be filed at least 7 days prior.

Filed 06/20/18

<u>Healthcare Conglomerate Associates, LLC v. Tulare Local Healthcare District</u>, Adversary Proceeding No. 17-1095.  There are three related Motions on calendar.  Motion to Remand (Docket Control No. OHS-1), Motion to Strike Portions of Answer (Docket Control No. OHS-2) and Motion to Dismiss Counterclaim (Docket Control No. OHS-3).  The parties have stipulated to entry of an order continuing the hearing on each Motion to August 15, 2018 at 1:30 p.m.

<u>Healthcare Conglomerate Associates, LLC v. Tulare Local Healthcare District</u>, Adversary Proceeding No. 17-1095.  This adversary proceeding relates to Tulare Local Healthcare District's removal of a State Court lawsuit from Los Angeles County Superior Court.  At the hearing the parties will request that this Status Conference be continued to August 15, 2018 at 1:30 p.m. with a status report to be filed at least 7 days prior.

<u>Tulare Local Healthcare District v. Healthcare Conglomerate Associates</u>, Adversary Proceeding No. 18-1005.  At the hearing the parties will request that the Status Conference be continued to August 15, 2018 at 1:30 p.m. with a status report to be filed at least 7 days prior.  As to this matter the Plaintiff will be filing a motion for declaratory relief pursuant to FRCP which will be set for hearing on August 1, 2018 at 1:30 p.m.

WHEREFORE, Tulare Local Healthcare District prays that the Court be apprised accordingly and it will appear by counsel at the above described hearings unless predisposed by the Court.

Dated: June 20, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: *Riley C. Walter*
Riley C. Walter, Attorneys for
Plaintiff Tulare Local Healthcare District
dba Tulare Regional Medical Center