3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:       rileywalter@w2lg.com

Chapter 9 Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE REGIONAL
MEDICAL CENTER,

        Debtor.

———————————————

HEALTHCARE CONGLOMERATE
ASSOCIATES, LLC,

            Plaintiff,

    v.

TULARE LOCAL HEALTHCARE
DISTRICT, dba TULARE REGIONAL
MEDICAL CENTER; DOES 1 through
20,

            Defendants.

CASE NO.  17-13797

Chapter 9

Adv. No.: 17-01095

DC NO.:  OHS-3

**STIPULATION TO CONTINUE HEARING
AND ORDER THEREON**

Date:      June 27, 2018
Time:      1:30 p.m.
Place:     2500 Tulare Street
           Fresno, CA 93721
           Courtroom 13
Judge:     Honorable René Lastreto II

IT IS HEREBY STIPULATED AND AGREED by and between Healthcare

Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as

follows.

RECEIVED
June 19, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006303664

1.     On December 28, 2017 Tulare Local Healthcare District removed to this court an action ("Removed Action") that had been filed in the Superior Court for the County of Los Angeles.

2.     On January 24, 2018 Healthcare Conglomerate Associates, LLC filed a Motion for Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b), D.C. No. OHS-1, which is presently set for hearing on June 27, 2018 at 1:30 p.m.

3.     On January 29, 2018 Healthcare Conglomerate Associates, LLC  filed a Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions Thereof, D.C. No. OHS-2, and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center, D.C. No. OHS-3, which are now each set for hearing on June 27, 2018 at 1:30 p.m.

4.     The parties have discussed these matters and agree that the hearings on OHS-1, OHS-2 and OHS-3 will be continued to August 15, 2018 at 1:30 p.m. in Fresno.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

5.      The parties stipulate and agree to entry of a court order approving this
stipulation.

IT IS SO STIPULATED.

KLEIN, DeNATALE, GOLDNER, ROSENLIEB
& KIMBALL LLP;  and

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
    Hagop T. Bedoyan,
    Marc A. Levinson, Attorneys for
    Healthcare Conglomerate Associates, LLC

WALTER WILHELM LAW GROUP

By: _____
    Riley C. Walter, Attorneys for
    Tulare Local Healthcare District

## ORDER

Per the Stipulation of the Parties, it is so ordered.

Dated: Jun 20, 2018                        By the Court

                                           _____
                                           René Lastreto II, Judge
                                           United States Bankruptcy Court