**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Tulare Local Healthcare<br>District,<br>　　　　　Debtor.<br>_____<br><br>　Healthcare Conglomerate<br>Associates, LLC,<br>　　　　　Plaintiff,<br>　　　　　v.<br><br>　Tulare Local Healthcare<br>District,<br>　　　　　Defendant. | )　Case No.: 17-13797 - B - 9<br>)　Adv No.: 17-01095<br>)<br>)　Docket Control No.:<br>)　Document No.: 1<br>)<br>)　Date: 06/27/2018<br>)<br>)<br>)<br>)　Time: 1:30 PM<br>)<br>)　DEPT: B<br>)<br>) |

### Order

For the reasons set forth in the court's minutes, docket number 124,

IT IS ORDERED that the status conference is CONTINUED to August 15, 2018 at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the parties shall file and serve either joint or unilateral status conference statement(s) not later than August 8, 2018.

Dated: Jun 28, 2018

**By the Court**

*René Lastreto II*

**René Lastreto II, Judge**
**United States Bankruptcy Court**

Continued Status Conference Re: Notice of Removal - [1] - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Notice of Removal by Healthcare Conglomerate Associates, LLC against Tulare Local Healthcare District. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6193375) (svim)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

     The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Benjamin T. Nicholson
7647 N Fresno St
Fresno CA 93720

Cynthia J. Larsen
400 Capitol Mall #3000
Sacramento CA 95814

Danielle J. Bethel
205 E River Park Circle #410
Fresno CA 93720

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704

Marc A. Levinson
400 Capitol Mall #3000
Sacramento CA 95814-4407

Nikole E. Cunningham
7647 N Fresno St
Fresno CA 93720

Riley C. Walter
205 E. River Park Circle, Ste. 410
Fresno CA 93720