3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@w2lg.com

Chapter 9 Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  17-13797 |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER, | Chapter 9 |
| Debtor. | |
| | Adv. No.: 17-01095 |
| HEALTHCARE CONGLOMERATE ASSOCIATES, LLC, | DC NO.:  OHS-1 |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND ORDER THEREON** |
| v. | |
| TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 20, | Date:      August 15, 2018<br>Time:      1:30 p.m.<br>Place:     2500 Tulare Street<br>            Fresno, CA 93721<br>            Courtroom 13<br>Judge:    Honorable René Lastreto II |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Healthcare

Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as

follows:

RECEIVED
August 03, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006332165

1.      On December 28, 2017 Tulare Local Healthcare District removed to this court an action ("Removed Action") that had been filed in the Superior Court for the County of Los Angeles.

2.      On January 24, 2018 Healthcare Conglomerate Associates, LLC filed a Motion for Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b), D.C. No. OHS-1, which is presently set for hearing on August 15, 2018 at 1:30 p.m.

3.      On January 29, 2018 Healthcare Conglomerate Associates, LLC filed a Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions Thereof, D.C. No. OHS-2, and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center, D.C. No. OHS-3, which are now each set for hearing on August 15, 2018 at 1:30 p.m.

4.      The parties have discussed these matters and agree that the hearings on OHS-1, OHS-2 and OHS-3 will be continued to September 26, 2018 at 1:30 p.m. in Fresno.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

5.     The parties stipulate and agree to entry of a court order approving this stipulation.

IT IS SO STIPULATED.

KLEIN, DeNATALE, GOLDNER, ROSENLIEB
& KIMBALL LLP;  and

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____

    Hagop T. Bedoyan,
    Marc A. Levinson, Attorneys for
    Healthcare Conglomerate Associates, LLC

WALTER WILHELM LAW GROUP

By:_____

    Riley C. Walter, Attorneys for
    Tulare Local Healthcare District

## ORDER

    Per the Stipulation of the Parties, it is so ordered.

Dated: Aug 03, 2018                 By the Court

René Lastreto II, Judge
United States Bankruptcy Court