3

1   WALTER WILHELM LAW GROUP
    A Professional Corporation
2   Riley C. Walter #91839
    Kathleen D. DeVaney #156444
3   Danielle J. Bethel #315945
    205 East River Park Circle, Ste. 410
4   Fresno, CA 93720
    Telephone:   (559) 435-9800
5   Facsimile:   (559) 435-9868
    E-mail:       rileywalter@w2lg.com
6
7   Chapter 9 Counsel

8              IN THE UNITED STATES BANKRUPTCY COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11  In re                               | CASE NO.  17-13797

12  TULARE LOCAL HEALTHCARE             | Chapter 9
    DISTRICT, dba TULARE REGIONAL
13  MEDICAL CENTER,

14          Debtor.

15  ──────────────────────────────       Adv. No.: 17-01095

16  HEALTHCARE CONGLOMERATE             | **STIPULATION TO CONTINUE
    ASSOCIATES, LLC,                    | ADVERSARY PROCEEDING STATUS
17                                      | HEARING AND ORDER THEREON**

18          Plaintiff,
                                        | Date:    September 26, 2018
19      v.                              | Time:    1:30 p.m.
                                        | Place:   2500 Tulare Street
20  TULARE LOCAL HEALTHCARE             |          Fresno, CA 93721
    DISTRICT, dba TULARE REGIONAL       |          Courtroom 13
21  MEDICAL CENTER; DOES 1 through      | Judge:   Honorable René Lastreto II
    20,
22
            Defendants.
23

24

25          IT IS HEREBY STIPULATED AND AGREED by and between Healthcare

26  Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as

27  follows.

28

    Stipulation to Continue Hearing and Order Thereon     -1-     00193321-gaa-09.18.2018

RECEIVED
September 18, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006360413

1.    On December 28, 2017 Tulare Local Healthcare District removed to this court an action ("Removed Action") that had been filed in the Superior Court for the County of Los Angeles.

2.    On January 24, 2018 Healthcare Conglomerate Associates, LLC filed a Motion for Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b), D.C. No. OHS-1, which is presently set for hearing on December 19, 2018 at 1:30 p.m.

3.    On January 29, 2018 Healthcare Conglomerate Associates, LLC filed a Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions Thereof, D.C. No. OHS-2, and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center, D.C. No. OHS-3, which are now each set for hearing on December 19, 2018 at 1:30 p.m.

4.    An Adversary Proceeding Status Conference in this matter is currently scheduled for September 26, 2018 at 1:30 p.m.

5.    The parties have discussed this matter and agree that the Adversary Proceeding Status Conference should be continued to December 19, 2018 at 1:30 p.m. in Fresno to be heard concurrently with the hearings on OHS-1, OHS-2 and OHS-3.

///
///
///
///
///
///
///
///
///
///
///
///

6.      The parties stipulate and agree to entry of a court order approving this stipulation.

IT IS SO STIPULATED.

KLEIN, DeNATALE, GOLDNER, ROSENLIEB
& KIMBALL LLP

By: _____
    Hagop T. Bedoyan, Attorneys for
    Healthcare Conglomerate Associates, LLC

WALTER WILHELM LAW GROUP

By: _____
    Riley C. Walter, Attorneys for
    Tulare Local Healthcare District

## ORDER

Per the Stipulation of the Parties, it is so ordered.

Dated: Sep 19, 2018           By the Court

                          René Lastreto II, Judge
                          United States Bankruptcy Court