3

WALTER WILHELM LAW GROUP
A Professional Corporation
Riley C. Walter #91839
Kathleen D. DeVaney #156444
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@w2lg.com

Chapter 9 Counsel

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER,<br><br>Debtor.<br>_____<br><br>HEALTHCARE CONGLOMERATE ASSOCIATES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TULARE LOCAL HEALTHCARE DISTRICT, dba TULARE REGIONAL MEDICAL CENTER; DOES 1 through 20,<br><br>        Defendants. | CASE NO. 17-13797<br><br>Chapter 9<br><br><br><br>Adv. No.: 17-01095<br><br>**STIPULATION TO CONTINUE ADVERSARY PROCEEDING STATUS HEARING AND ORDER THEREON**<br><br>Date: September 26, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 13<br>Judge: Honorable René Lastreto II |

IT IS HEREBY STIPULATED AND AGREED by and between Healthcare Conglomerate Associates, LLC and Tulare Local Healthcare District, by counsel, as follows.

RECEIVED
September 18, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006360413

1.     On December 28, 2017 Tulare Local Healthcare District removed to this court an action ("Removed Action") that had been filed in the Superior Court for the County of Los Angeles.

2.     On January 24, 2018 Healthcare Conglomerate Associates, LLC filed a Motion for Remand of Lawsuit to State Court Pursuant to 28. U.S.C. § 1452(b), D.C. No. OHS-1, which is presently set for hearing on December 19, 2018 at 1:30 p.m.

3.     On January 29, 2018 Healthcare Conglomerate Associates, LLC filed a Motion to Dismiss Counterclaim Against HCCA or in the Alternative Strike Portions Thereof, D.C. No. OHS-2, and Motion to Strike Portions of Answer of Tulare Local Healthcare District dba Tulare Regional Medical Center, D.C. No. OHS-3, which are now each set for hearing on December 19, 2018 at 1:30 p.m.

4.     An Adversary Proceeding Status Conference in this matter is currently scheduled for September 26, 2018 at 1:30 p.m.

5.     The parties have discussed this matter and agree that the Adversary Proceeding Status Conference should be continued to December 19, 2018 at 1:30 p.m. in Fresno to be heard concurrently with the hearings on OHS-1, OHS-2 and OHS-3.

///
///
///
///
///
///
///
///
///
///
///
///

1      6.      The parties stipulate and agree to entry of a court order approving this

2   stipulation.

3

4   IT IS SO STIPULATED.

5   KLEIN, DeNATALE, GOLDNER, ROSENLIEB
    & KIMBALL LLP

6

7   By:

8      Hagop T. Bedoyan, Attorneys for
       Healthcare Conglomerate Associates, LLC

9

10  WALTER WILHELM LAW GROUP

11

12  By:

13     Riley C. Walter, Attorneys for
       Tulare Local Healthcare District

14

15

16

17

18

19

20

21

22

23                        **ORDER**

24      Per the Stipulation of the Parties, it is so ordered.

25  Dated: Sep 19, 2018              By the Court

26

27

28                        René Lastreto II, Judge
                          United States Bankruptcy Court